THOMAS BRYSON, RESPONDENT, *v.* BERNARD SHERI-
DAN, APPELLANT.

THOMAS BRYSON AND ANOTHER, RESPONDENTS, *v.* BERNARD
SHERIDAN, APPELLANT.

APPEALS from orders made at the Special Term, denying motions
to set aside the judgments·entered in the above entitled actions.

The judgments were entered in pursuance of a stipulation
entered into by the attorneys of the respective parties, in open
court and in the presence of the defendant. The motions were
made on the ground that the defendant did not fully comprehend
the nature and effect of the agreement. The General Term
affirmed the orders, holding that upon the appeal papers it was
impossible to doubt that the basis of the judgment was fully under-
stood and assented to by the defendant.

*Edward M. Shepard,* for the appellant.

*F. A. Ward,* for the respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Order affirmed with costs.